FILED
NOV 03 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 25-mj-30671

-vs-

SHINHOLSTER, JOSHUA
Defendant.

---

**APPEARANCE**

**NOW COMES** Maria Mannarino and hereby enters this appearance as CJA Appointed Counsel for Defendant JOSHUA SHINHOLSTER.

Respectfully,

*/s/Maria Mannarino*

Maria Mannarino
**MARIA MANNARINO PC**
**PO BOX 760293**
**LATHRUP VILLAGE, MI 48076**
**248-761-7347**
**MMANNARINO@COMCAST.NET**

Dated: November 3, 2025