**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

---

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**CASE NO. 2:25-cr-20864**
**HON. MATTHEW F. LEITMAN**

**v.**

**JOSHUA SHINHOLSTER,**

***Defendant.***

---

**APPEARANCE**

**NOW COMES**, Mohammed Nasser of Not Guilty Law, PLLC, and hereby enters appearance as counsel for Defendant.

Respectfully Submitted,

***/s/: Mohammed Nasser***
MOHAMMED NASSER (P74485)
*Attorney for Defendant*
Not Guilty Law, PLLC
290 Town Center Drive, Suite 322
Dearborn, Michigan 48126
mn@mrnotguilty.law
(313) 633-1436

Dated: November 19, 2025