**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

v.

**CASE NO. 2:25-cr-20864**
**HON. MATTHEW F. LEITMAN**

**JOSHUA SHINHOLSTER,**

***Defendant.***

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY**

JOSHUA SHINHOLSTER, Defendant, by and through defense counsel, Not Guilty Law, PLLC, moves to withdraw the Motion to Compel Discovery (Doc No. 30) previously filed on March 31, 2026. The Government has agreed to provide the requested discovery.

Wherefore, undersigned counsel respectfully requests that the Court accept this Notice of Withdrawal.

Respectfully Submitted,

/s/ *Mohammed Nasser*
Mohammed Nasser (P74485)
NOT GUILTY LAW, PLLC
Attorney for Defendant
290 Town Center Drive, Suite 322
Dearborn, Michigan 48126
(313) 633-1436

Dated: April 6, 2026