**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**CASE NO. 2:25-cr-20864**

v.

**HON. MATTHEW F. LEITMAN**

**JOSHUA SHINHOLSTER,**

***Defendant.***

---

**NOTICE OF APPEARANCE**

I hereby enter my appearance as counsel in this case on behalf of Defendant, JOSHUA SHINHOLSTER.

I certify that I am admitted to practice in this Court.

Respectfully Submitted,

NOT GUILTY LAW, PLLC

/s/ *Muthu Veerappan*
Muthu Veerappan (P86437)
Attorney for Defendant
290 Town Center Drive, Suite 322
Dearborn, Michigan 48126
(313) 633-1436

Dated: May 3, 2026